```
                    IN THE UNITED STATES BANKRUPTCY COURT
                         SOUTHERN DISTRICT OF OHIO
                              WESTERN DIVISION


 IN RE:                              :      CASE NO. 19-11093
                                            CHAPTER 13
      CARMAN C. THOMAS              :      JUDGE JEFFERY P. HOPKINS

      DEBTOR(S)                     :      TRUSTEE'S REPORT
```

1. Comes now the Chapter 13 Trustee, Margaret A. Burks and files this Report based upon information obtained from the 341 meeting of creditors. The Trustee has conducted a Meeting of Creditors pursuant to 11 U.S.C. Section 341. The petition, schedules, and plan have been examined.

2. 341 MEETING DATE: May 13, 2019

3. DATE OF CONFIRMATION: June 25, 2019

4. Meeting Held: Yes
   Plan Percentage: 18%

5. Debtor(s) Appeared: Yes

6. Trustee does not recommend this case for confirmation at this time.

7. The Chapter 13 was filed because job loss.

8. Direct pay via TFS.

9. The following creditors were present: None

10. Creditor objection: Consumer Portfolio Services, Inc. and US Bank Trust National Association.

11. The Trustee requested information herein pursuant to 11 U.S.C. Sec. 521(a)(3).

The 341 meeting is continued until May 28, 2019 at 8:30 a.m.; confirmation date is June 25, 2019 at 2:00 p.m. The following documents and information must be provided in file stamped form to the Trustee at the continued 341 meeting.

  a) Resolve objection with Consumer Portfolio Services, Inc. and US Bank Trust National Association.
  b) File appraisal for 7223 Scottwood Avenue and 26 Tower Street – amend Schedule A/B to match Appraisal.
  c) File Motion to Avoid Liens for Superior Credit Union and Homeplus Finance.
  d) 2017 and 2018 Tax Returns.
  e) Amend Schedule A/B to remove 2002 Pontiac – vehicle was junked in January, 2019 and received approximately $100.00 and add to SOFA Paragraph 18.
  f) Provide copies of bank statements as of date of filing (03/28/2019) for Chase and Stockyards Bank. Amend Schedules A/B, C and Summary of Schedules as affected.
  g) File Application to Employ Attorney Harmon for Personal Injury claim for fall in Old Navy in June 2018.
  h) Amend Schedule G to add tenants for rental property – under lease through March, 2020.

      i) Amend Plan:
         i.    Paragraph 5.1.3 to remove Consumer Portfolio Services, Inc. and serve the Amended Plan to Consumer Portfolio Services, Inc. via 7004.
        ii.   Paragraph 10.1 to remove 2002 Pontiac.
        iii.  Paragraph 5.4.4 to remove Superior Credit Union and Homeplus Finance.

12. Monthly mortgage payments to Bayview Loan Servicing is a conduit. Taxes and insurance are included in the monthly payment.

13. Monthly mortgage payments to SN Servicing is a conduit. Taxes and insurance are included in the monthly payment.

14. Annual status report beginning April 30, 2020 on tax returns. Agreed Order uploaded requiring taxes by April 30 of each year to the Trustee. Amend Schedules I, J and plan if needed.

15. Annual status report beginning April 30, 2020 on rental income.

16. Status report beginning November 30, 2019 and every six months thereafter on pending Personal Injury claim from fall in Old Navy in June, 2018.

Respectfully submitted,

/s/   Margaret A. Burks, Esq.
     Margaret A. Burks, Esq.
     Chapter 13 Trustee
     Attorney Reg. No. OH 0030377

     Francis J. DiCesare, Esq.
     Staff Attorney
     Attorney Reg. No. OH 0038798

     Tammy E. Stickley, Esq.
     Staff Attorney
     Attorney Reg. No. OH 0090122

     600 Vine Street, Suite 2200
     Cincinnati, OH  45202
     513-621-4488
     513 621-2643  (facsimile)
     mburks@cinn13.org Correspondence only
     fdicesare@cinn13.org
     tstickley@cinn13.org

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Trustee's Report was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on May 15, 2019 addressed to:

Carman C. Thomas
debtor(s)
7223 Scottwood Avenue
Cincinnati, OH 45237

                                               /s/    <u>Margaret A. Burks, Esq.</u>
                                                         Margaret A. Burks, Esq.